FILED

MAY 0 8 2020

AT_____ O'CLOCK
John M. Domurad, Clerk - Albany

58 - 2020
1:20 cv 523
(BKS/DJS)

Sealed. Private Priority. Special Exclusive Jurisdiction in Equity. Urgent Priority.

I am a non UCC non person. I am a Private American National, Minnesota state National. Sister in Christ, in this world, not of it.

As the Bible is the Word of God and in it according to 2 Timothy 3:16-17 a man of God finds instruction in righteousness for every good work he finds the answers in the scripture.

I come with pure heart, in love and peace-loving. with consideration for all. It is with morality and sincerity I require the will of God Almighty be done with a Chancelor in the exclusive jurisdiction in equity grant the justice of equal time with my offspring who is unlawfully being with held from me.

The details of this "case" are exclusively Private between Brothers and Sisters in Christ. No At Law remedy is available.

In Peace,
Renee, Christine Marie